IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILL TURNER,

    Plaintiff,

v.                                        No. 15-cv-0827 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF LINCOLN,
EMERALD CORPORATION,
ARTHUR ANDERSON, and MOLLY GODINEZ,

    Defendants.[1]

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The Honorable M. Christina Armijo, Chief United States District Judge, denied part of Defendant Anderson's Motion to Dismiss on May 2, 2016. [Doc. 28]. Therefore, Defendant Anderson's pleading responsive to the Amended Complaint was due no later than May 16, 2016. *See* Fed. R. Civ. P. 12(a)(4)(A). That date has passed, and Defendant Anderson taken no action.

**IT IS THEREFORE ORDERED** that Defendant Anderson show cause no later than **June 3, 2016**, why he should not be sanctioned for failure to timely file a responsive pleading. Further, he is **ORDERED** to file his responsive pleading no later than **June 3, 2016**.

**IT IS SO ORDERED.**

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The Amended Complaint [Doc. 15], filed on December 11, 2015, does not name the Board of County Commissioners of Lincoln County as a Defendant. Defendant Godinez was voluntarily dismissed on January 27, 2016. [Doc. 26]. All claims against Defendant Emerald Corporation were dismissed on May 2, 2016. [Doc. 28]. The only remaining Defendant is Mr. Anderson.