IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILL TURNER,

Plaintiff,

v.    No. 15-cv-0827 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF LINCOLN,
EMERALD CORPORATION,
ARTHUR ANDERSON, and MOLLY GODINEZ,

Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    June 30, 2016, at 1:30 p.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **June 30, 2016, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The Amended Complaint [Doc. 15], filed on December 11, 2015, does not name the Board of County Commissioners of Lincoln County as a Defendant.  Defendant Godinez was voluntarily dismissed on January 27, 2016.  [Doc. 26].  All claims against Defendant Emerald Corporation were dismissed on May 2, 2016.  [Doc. 28]. The only remaining Defendant is Mr. Anderson.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.