IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BILL TURNER,**

    **Plaintiff,**

vs.                                                                                      Cause No.: 2:15-cv-00827-MCA-SMV

**EMERALD CORRECTIONAL MANAGEMENT, LLC, aka LINCOLN COUNTY DETENTION CENTER; ARTHUR ANDERSON, Warden of the Lincoln County Detention Center, in both his individual and official capacities; LT. MOLLY GODINEZ, aka "Lori Beth Becker Godines", an employee of the Lincoln County Detention Center, in both her individual and official capacities,**

    **Defendants.**

**STIPULATED ORDER
GRANTING LEAVE TO TAKE DEPOSITION IN A CORRECTIONAL FACILITY
PURSUANT TO FRCP RULE 30**

THIS MATTER having come before the Court on Defendant Anderson's Stipulated Motion for Leave to Take Deposition in a Correctional Facility Pursuant to FRCP Rule 30, and the Court having reviewed the pleadings and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should therefore be granted.

NOW, THEREFORE, IT IS ORDERED that leave is granted for Defendant to depose Plaintiff at the Southern New Mexico Correctional Facility in Las Cruces, New Mexico and Aaron Ramos at the Central New Mexico Correctional Facility in Los Lunas, New Mexico.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW MEXICO

1

Submitted By:

*/s/ Adam Daniel Rafkin, Attorney at Law*
ADAM DANIEL RAFKIN, Esq.
Adam D. Rafkin, P.C.
P.O. Box 1912
Ruidoso, New Mexico    88355
(575) 257-0129/257-0113 Fax
rr@rafkinlaw.com
ATTORNEY FOR ARTHUR ANDERSON, in His Individual Capacity


APPROVED:

**Approved via email on 01/27/2017**
W. CHRIS NEDBALEK, Esq.
Nedbalek Law Office, LLC
P.O. Box 301
Carrizozo, New Mexico 88301
(575) 524-4588; 541-3009 Fax
chris@ned4law.com
ATTORNEY FOR PLAINTIFF