## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BILL TURNER,

    Plaintiff,

v.                                                                              No. 15-cv-0827 MCA-SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF LINCOLN and
ARTHUR ANDERSON,

    Defendants.

## **ORDER TO FILE CLOSING DOCUMENTS**

A settlement was reached in this matter at a settlement conference held on September 10, 2018.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **October 30, 2018**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**